FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 02 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JULIAN FRANKEL on behalf of himself and
all other similarly situated consumers

                        Plaintiff,

-against-

UNITED COLLECTION BUREAU, INC.

                        Defendant.

---

Case No.

**1:17-cv-03599-WFK-PK**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       September 25, 2017

                                      /s/ Maxim Maximov
                                      Maxim Maximov, Esq.
                                      Maxim Maximov, LLP
                                      Attorney for the Plaintiff
                                      1701 Avenue P
                                      Brooklyn, New York 11229
                                      Office: (718) 395-3459
                                      Facsimile: (718) 408-9570
                                      E-mail: m@maximovlaw.com

The application is ✓ granted.
SO ORDERED ☐ denied.

s/ WFK II
William F. Kuntz, II, U.S.D.J.
Dated: Oct. 2, 2017
       Brooklyn, New York

-1-