UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JULIAN FRANKEL on behalf of himself
and all other similarly situated consumers,

                            Plaintiff                  JUDGMENT
                                                         17-cv-03599-WFK-PK

          - against –

UNITED COLLECTION BUREAU, INC.

                            Defendants.
------------------------------------------------------------ X

       A Decision and Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on October 2, 2017, dismissing the action with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party; it is

       ORDERED and ADJUDGED that the action is dismissed with prejudice, and on the merits, without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, NY                                                Douglas C. Palmer
October 3, 2017                                                  Clerk of Court

                                                            By:    */s/Jalitza Poveda*
                                                                     Deputy Clerk